AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

JUN - 3 2016

David J. Bradley, Clerk

| SOUTHERN | DISTRICT OF | TEXAS |
| --- | --- | --- |
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
V.
Victor Palma-Ramirez

**CRIMINAL COMPLAINT**

Case Number: M-16-1079-M

IAE  YOB: 1979
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 2, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Victor Palma-Ramirez was encountered by Border Patrol Agents near Hidalgo, Texas on June 2, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 02, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 17, 2016, through Brownsville, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 12, 2014, the defendant was convicted of Sexual Assault of Child and sentenced to four (4) years to five (5) years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

June 03, 2016

Peter E. Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Francisco Armendariz   Senior Patrol Agent

Signature of Judicial Officer